AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

**FILED**
June 07, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: Fidel Morales
DEPUTY

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Yohangel Javier MARTINEZ-Gonzalez | ) | Case No. |
| | ) | |
| | ) | EP:24-M-02316-MAT |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __June 6, 2024__ in the county of __El Paso__ in the __Western__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8:1324 (a)(1)(A)(v)(I), (a)(1)(A)(iii) and (a)(1)(B)(i) | knowingly, intentionally, and unlawfully conspired, combined, confederated, and agreed together, and with others known and unknown, to commit offenses against the United States, namely: knowing and in reckless disregard of the fact that an alien has come to, entered, and remained in the United States in violation of law, conceals, harbors, or shields from detection, or attempts to conceal, harbor, and shield from detection, such alien in any place, including any building and any means of transportation. |

This criminal complaint is based on these facts:

Charge #1: DEFENDANT: Yohangel Javier MARTINEZ-Gonzalez

☑ Continued on the attached sheet.

Complaint sworn to telephonically on __June 07, 2024__ at __02:00 PM__ and signed electronically. **FED.R.CRIM.P. 4.1(b)(2)(A)**

*Complainant's signature*
Matthew Miller, Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 06/07/2024

*Judge's signature*

City and state: El Paso, Texas

Miguel A. Torres, U.S. Magistrate Judge
*Printed name and title*

CONTINUATION OF CRIMINAL COMPLAINT

WESTERN DISTRICT OF TEXAS

Yohangel Javier MARTINEZ-Gonzalez

PEPT# PEPT240600118

06/07/2024

FACTS     (CONTINUED)

On June 6, 2024, Border Patrol Agents with the Ysleta Border Patrol Station, developed information from a previous alien smuggling event that led them to conduct an immigration investigation at a residence located near the 11000 block of Perlette Street in Socorro, TX which is located in the Western District of Texas. Agents assigned to the Anti-Smuggling Unit (ASU) responded to the residence in a plain clothes capacity driving unmarked government vehicles.

ASU agents knocked on the door and began to pose as a delivery driver pretending to drop off an illegal alien while speaking with an individual later identified as Yohangel Javier MARTINEZ-Gonzalez, DEFENDANT. An agent told the DEFENDANT he was there to drop off a "caja" which is a term commonly used by alien smugglers to describe an illegal alien. The DEFENDANT replied by asking him "who is this from and what is the code?". The agent replied that "Wero" had sent him to drop off one individual and asked him if this is the stash house? The DEFENDANT replied "yes it is, but I don't know who you are".

After initiating a phone call to verify, the DEFENDANT agreed to let the other agent inside the house who was still posing as an illegal alien being dropped off. Believing that the DEFENDANT was the caretaker of the house and suspecting there were illegal aliens inside, they identified themselves as United States Border Patrol Agents at which time the DEFENDANT hurriedly exited out of view and attempted to flee through an open window in the rear of the residence. The DEFENDANT saw other agents in the area and returned to the front of the house where agents asked for and were granted consent to enter and search the residence to further their immigration investigation.

The DEFENDANT stepped outside, and agents entered the residence where they were greeted by the strong smell of body odor, very little ventilation, and no air conditioning. Temperatures on this day were over 105 degrees Fahrenheit. Agents then encountered a total of seventeen individuals who were all determined to be illegal aliens without any immigration documents that would allow them to be or remain in the United States legally. This group of illegal aliens included one pregnant female and one unaccompanied juvenile.

The agents then approached the DEFENDANT outside the residence and questioned him as to his citizenship. The DEFENDANT stated he is a citizen of Venezuela with a future asylum hearing but was released on his own. At this time, the DEFENDANT and all illegal aliens were placed under arrest.

In a subsequent investigation, agents found a large number of cellular phones inside the residence. In addition, they also located two other cellular phones that were separate from the large group of phones. During questioning, multiple illegal aliens each claimed ownership of a cellular phone and identified the DEFENDANT as the person who took the phones from them as they were not allowed to have them. Agents also questioned the illegal aliens as to the ownership of the two cellular phones that were found separate. One illegal alien claimed to be the owner of one such phone. When agents asked him why his phone was separate,

CONTINUATION OF CRIMINAL COMPLAINT

WESTERN DISTRICT OF TEXAS

Yohangel Javier MARTINEZ-Gonzalez

PEPT# PEPT240600118

06/07/2024

FACTS    (CONTINUED)
he replied "the smuggler asked me for it so he could use it". Agents then asked him who he was referring to when he said "coyote" and he pointed at the DEFENDANT. Agents asked for and were granted consent to search the phone and in a preliminary examination discovered conversations identified by illegal alien that were initiated by the DEFENDANT pertaining to alien smuggling.

Immigration History:
Citizen of VENEZUELA

Criminal History:
10/26/2023, New York, NY., Criminal Possession of Stolen Property(M), ACC, Unknown.
03/29/2024, Sierra Blanca, TX., Evading Arrest(F), ACC, Pending.